B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−22473−CGC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BRUNO DAVANZO                          CHRISTINA DAVANZO
  12631 W. SEGOVIA DRIVE                 12631 W. SEGOVIA DRIVE
  LITCHFIELD PARK, AZ 85340              LITCHFIELD PARK, AZ 85340

Social Security / Individual Taxpayer ID No.:
  xxx−xx−3673                            xxx−xx−5273

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                          BY THE COURT

Dated: 1/19/10                            Charles G. Case II
                                          United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: admin                 Page 1 of 3                 Date Rcvd: Jan 19, 2010
Case: 09-22473                 Form ID: b18                Total Noticed: 73


The following entities were noticed by first class mail on Jan 21, 2010.
db/jdb       +BRUNO DAVANZO,   CHRISTINA DAVANZO,   12631 W. SEGOVIA DRIVE,    LITCHFIELD PARK, AZ 85340-5533
aty           JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ 85311-1737
tr            DAVID M. REAVES,   PO BOX 44320,   PHOENIX, AZ 85064-4320
cr           +JPMorgan Chase Bank, NA,   c/o Folks & O'Connor, PLLC,   Attn: Lisa S. Kass,
               1850 N. Central Avenue, #1140,   Phoenix, AZ 85004-4586
8454145      +ADVANCED CALL CENTER TECHNOLOGIES LLC,   PO BOX 8457,   Johnson City TN 37615-0457
8454146     ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
              (address filed with court: ADVANTA BUSINESS CARDS,    PO BOX 8088,   Philadelphia PA 19101)
8471276      +AEGIS RECEIVABLES MANAGEMENT INC.,   PO BOX 165809,   Irving TX 75016-5809
8454147      +ALLIANCE ONE,   1160 CENTRE POINT DRIVE #1,   MENDOTA HEIGHTS MN 55120-1270
8454148       AMERICAN CORADIUS INTERNATIONAL LLC,   2420 SWEET HOME RD STE 150,    AMHURST NY 14228-2244
8454150       AMERICAN EXPRESS,   P. O. Box 740640,   Atlanta GA 30374-0640
8454152       ARIZONA FEDERAL CREDIT UNION,   P. O. Box 60070,   Phoenix AZ 85082-0070
8454153      +AURORA LOAN SERVICE,   10350 PARK MEADOWS DRIVE,   LITTLETON CO 80124-6800
8454155      +BILL ME LATER,   P.O. BOX 105658,   Atlanta GA 30348-5658
8454154      +Berke & Associates,   555 St. Charles Dr. Ste 100,   Thousand Oaks CA 91360-3983
8454158      +CENTRAL CREDIT SERVICES INC,   PO BOX 15118,   JACKSONVILLE FL 32239-5118
8454159       CERTEGY PAYMENT RECOVERY SERVICES,   P. O. Box 30184,   Tampa FL 33630-3184
8454164      +ENCORE,   P. O. Box 47248,   Oak Park MI 48237-4948
8454165      +FIRST SOURCE ADVANTAGE LLC,   PO BOX 628,   Buffalo NY 14240-0628
8454166      +FOLKS & O'CONNOR, PLLC,   1850 North Central Avenue, #1140,   Phoenix AZ 85004-4586
8454167      +GC SERVICES,   6330 GULFTON,   Houston TX 77081-1198
8454175      +IC Systems,   444 Highway 96 East,   Saint Paul MN 55127-2557
8454177      +JP MORGAN CHASE BANK, NA,   c/o FOLKS & O'CONNOR, PLLC,   1850 North Central Avenue, #1140,
               Phoenix AZ 85004-4586
8505622      +JPMorgan Chase Bank,   Folks & O'Connor, P.L.L.C.,   c/o Lisa Kass,
               1850 N. Central Avenue, #1140,   Phoenix AZ 85004-4586
8454178      +LAW OFFICE OF CURTIS O BARNES PC,   PO BOX 1390,   Anaheim CA 92815-1390
8454181      +MARK A. KIRKORSKY, P.C.,   4025 South McClintock Drive,   Suite 208,   Tempe AZ 85282-5878
8454182       MAYTAG,   1000 MACARTHUR BLVD,   Mahwah NJ 07430-2035
8454183      +MOXIE PEST CONTROL,   PO BOX 2131,   Sun City AZ 85372-2131
8454185       NATIONWIDE CREDIT, INC.,   P. O. Box 740640,   Atlanta GA 30374-0640
8454186      +NCO  FINANCIAL  SYSTEMS,   507 PRUDENTIAL ROAD,   Horsham PA 19044-2368
8454187       NCO FIN 99,   PO BOX 41466,   PHILDELPHIA PA 19101-1466
8454188       NCO FINANCIAL,   PO BOX 61247,   VIRGINIA BEACH VA 23466
8454189       PENTECH FUNDING, LLC,   P. O. Box 790247,   Saint Louis MO 63179-0247
8454190      +Phillips & Cohen Associates, LTD,   PO BOX 48458,   Oak Park MI 48237-6058
8454191      +REGENCY CREDIT LLC,   1403 W. 10TH PLACE #B-110,   Tempe AZ 85281-5257
8454196      +RMS,   P.O. BOX 20410,   Lehigh Valley PA 18002-0410
8454197      +SENTRY CREDIT INC,   PO BOX 12070,   Everett WA 98206-2070
8454198       SHOPPERS CHARGE ACCOUNT,   C/O CREDITORS BK SERVICE,   P O BOX 740933,   DALLAS TX 75374-0933
8454199       SONORA QUEST LABORATORIES,   P. O. Box 78162,   Phoenix AZ 85062-8162
8454200       TATE & KIRLIN ASSOCIATES,   2810 Southampton Road,   Philadelphia PA 19154-1207
8454201      +Thomas Walker D.D.S.,   10720 W Indian School Rd,   Suite 55,   Phoenix AZ 85037-5724
8454202      +UNITED RECOVERY SYSTEMS,   5800 NORTH COURSE DRIVE,   Houston TX 77072-1613
8454204       US BANK - MANIFEST FUNDING SERVICES,   P. O. Box 790448,   Saint Louis MO 63179-0448
8454203       Unitel Global LLC,   237 Tramway Drive Ste D,   Stateline NV 89449
8454207      +ZWICKER & ASSOCIATES, P.C.,   800 FEDERAL STREET,   ANDOVER MA 01810-1067

The following entities were noticed by electronic transmission on Jan 19, 2010.
tr            EDI: QDMREAVES.COM Jan 19 2010 20:23:00     DAVID M. REAVES,   PO BOX 44320,
               PHOENIX, AZ 85064-4320
smg           EDI: AZDEPREV.COM Jan 19 2010 20:23:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
8454147      +EDI: ALLIANCEONE.COM Jan 19 2010 20:23:00     ALLIANCE ONE,   1160 CENTRE POINT DRIVE #1,
               MENDOTA HEIGHTS MN 55120-1270
8471278       EDI: RMCB.COM Jan 19 2010 20:23:00     AMCA,   P. O. Box 1235,   Elmsford NY 10523-0935
8454151      +EDI: AMEREXPR.COM Jan 19 2010 20:23:00     AMERICAN EXPRESS,   P. O. Box 360001,
               Fort Lauderdale FL 33336-0001
8454149      +EDI: AMEREXPR.COM Jan 19 2010 20:23:00     AMERICAN EXPRESS,   BOX 0001,
               Los Angeles CA 90096-8000
8454156      +EDI: CAPITALONE.COM Jan 19 2010 20:23:00     CAPITAL ONE,   P. O. Box 60024,
               City Of Industry CA 91716-0024
8454157      +EDI: CHASE.COM Jan 19 2010 20:23:00     CARDMEMBER SERVICE,   P.O. BOX 94014,
               PALATINE IL 60094-4014
8454160       EDI: CHASE.COM Jan 19 2010 20:23:00     CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8454161       EDI: CHASE.COM Jan 19 2010 20:23:00     CHASE BANK USA, N.A.,   P.O. BOX 100043,
               KENNESAW GA 30156-9243
8471293       EDI: RCSDELL.COM Jan 19 2010 20:23:00     DELL FINANCIAL SERVICES,   PAYMENT PROCESSING,
               P.O. BOX 6403,   Carol Stream IL 60197-6403
8454162      +E-mail/Text: vendorsupport@dexknows.com                            DEX,
               3190 S. VAUGHN WAY 6 NORTH,   Aurora CO 80014-3506
8454163      +EDI: DISCOVER.COM Jan 19 2010 20:23:00     DISCOVER FINANCIAL,   P. O. Box 3025,
               New Albany OH 43054-3025
8454169      +EDI: RMSC.COM Jan 19 2010 20:23:00     GE MONEY BANK,   PO BOX 981127,   EL PASO TX 79998-1127
8454168       EDI: RMSC.COM Jan 19 2010 20:23:00     GE MONEY BANK,   P. O. Box 960061,   Orlando FL 32896-0061
8471302      +E-mail/Text: azpara@gurstel.com                            GURSTEL, STALOCH & CHARGO,
               64 E BROADWAY RD STE 255,   Tempe AZ 85282-1398
8454170      +EDI: HFC.COM Jan 19 2010 20:23:00     HOUSEHOLD FINANCE BENEFICIAL,   PO BOX 1547,
               CHESAPEAKE VA 23327-1547
8454171       EDI: HFC.COM Jan 19 2010 20:23:00     HSBC,   P. O. Box 60102,   City Of Industry CA 91716-0102
8454172       EDI: HFC.COM Jan 19 2010 20:23:00     HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
8454173      +EDI: HFC.COM Jan 19 2010 20:23:00     HSBC BANK NEVADA,   PO BOX 98735,   LAS VEGAS NV 89193-8735
```

The following entities were noticed by electronic transmission (continued)
```
8454174      EDI: HFC.COM Jan 19 2010 20:23:00      HSBC MORTGAGE SERVICES,   P.O. BOX 60113,
             CITY OF INDUSTRY CA 91716-0113
8454176     +EDI: RMSC.COM Jan 19 2010 20:23:00      JC PENNEY,   4580 PARADISE BLVD NW,
             Albuquerque NM 87114-4122
8454179     +EDI: PHINPLAZA.COM Jan 19 2010 20:23:00      LAW OFFICE OF MITCHELL N. KAY, PC,   PO BOX 9006,
             Smithtown NY 11787-9006
8454180      EDI: RMSC.COM Jan 19 2010 20:23:00      LOWE'S,   P. O. Box 530914,   Atlanta GA 30353-0914
8454184      EDI: NESF.COM Jan 19 2010 20:23:00      NATIONAL ENTERPRISE SYSTEMS,   29125 SOLON ROAD,
             SOLON OH 44139-3442
8454192     +EDI: RESURGENT.COM Jan 19 2010 20:23:00      RESURGENT CAPITAL SERVICES,   PO BOX 5025,
             Sioux Falls SD 57117-5025
8454193     +EDI: RESURGENT.COM Jan 19 2010 20:23:00      RESURGENT CAPITAL SVCS,   P O BOX 10525,
             GREENVILLE SC 29603-0525
8454194     +EDI: HFC.COM Jan 19 2010 20:23:00      RETAIL SERVICES,   PO BOX 60107,
             CITY OF INDUSTRY CA 91716-0107
8454195     +EDI: HFC.COM Jan 19 2010 20:23:00      REWARD ZONE MASTERCARD,   PO BOX 60102,
             City Of Industry CA 91716-0102
8454204      EDI: USBANKARS.COM Jan 19 2010 20:23:00      US BANK - MANIFEST FUNDING SERVICES,
             P. O. Box 790448,   Saint Louis MO 63179-0448
8454205      EDI: WFFC.COM Jan 19 2010 20:23:00      WELLS FARGO,   P. O. Box 94498,   Las Vegas NV 89193-4498
8454206     +EDI: WFFC.COM Jan 19 2010 20:23:00      WELLS FARGO FINANCIAL,   PO BOX 7510,
             Urbandale IA 50323-7510
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8471274*    +ADVANCED CALL CENTER TECHNOLOGIES LLC,   PO BOX 8457,   Johnson City TN 37615-0457
8471275*   ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
            (address filed with court: ADVANTA BUSINESS CARDS,    PO BOX 8088,   Philadelphia PA 19101)
8471277*    +ALLIANCE ONE,   1160 CENTRE POINT DRIVE #1,   MENDOTA HEIGHTS MN 55120-1270
8471279*     AMERICAN CORADIUS INTERNATIONAL LLC,   2420 SWEET HOME RD STE 150,   AMHURST NY 14228-2244
8471281*     AMERICAN EXPRESS,   P. O. Box 740640,   Atlanta GA 30374-0640
8471282*    +AMERICAN EXPRESS,   P. O. Box 360001,   Fort Lauderdale FL 33336-0001
8471280*    +AMERICAN EXPRESS,   BOX 0001,   Los Angeles CA 90096-8000
8471283*     ARIZONA FEDERAL CREDIT UNION,   P. O. Box 60070,   Phoenix AZ 85082-0070
8471284*    +AURORA LOAN SERVICE,   10350 PARK MEADOWS DRIVE,   LITTLETON CO 80124-6800
8471286*    +BILL ME LATER,   P.O. BOX 105658,   Atlanta GA 30348-5658
8471285*    +Berke & Associates,   555 St. Charles Dr. Ste 100,   Thousand Oaks CA 91360-3983
8471287*    +CAPITAL ONE,   P. O. Box 60024,   City Of Industry CA 91716-0024
8471288*    +CARDMEMBER SERVICE,   P.O. BOX 94014,   PALATINE IL 60094-4014
8471289*    +CENTRAL CREDIT SERVICES INC,   PO BOX 15118,   JACKSONVILLE FL 32239-5118
8471290*     CERTEGY PAYMENT RECOVERY SERVICES,   P. O. Box 30184,   Tampa FL 33630-3184
8471291*     CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8471292*     CHASE BANK USA, N.A.,   P.O. BOX 100043,   KENNESAW GA 30156-9243
8471294*    +DEX,   3190 S. VAUGHN WAY 6 NORTH,   Aurora CO 80014-3506
8471295*    +DISCOVER FINANCIAL,   P. O. Box 3025,   New Albany OH 43054-3025
8471296*    +ENCORE,   P. O. Box 47248,   Oak Park MI 48237-4948
8471297*    +FIRST SOURCE ADVANTAGE LLC,   PO BOX 628,   Buffalo NY 14240-0628
8471298*    +FOLKS & O'CONNOR, PLLC,   1850 North Central Avenue, #1140,   Phoenix AZ 85004-4586
8471299*    +GC SERVICES,   6330 GULFTON,   Houston TX 77081-1198
8471301*    +GE MONEY BANK,   PO BOX 981127,   EL PASO TX 79998-1127
8471300*     GE MONEY BANK,   P. O. Box 960061,   Orlando FL 32896-0061
8471303*    +HOUSEHOLD FINANCE BENEFICIAL,   PO BOX 1547,   CHESAPEAKE VA 23327-1547
8471304*     HSBC,   P. O. Box 60102,   City Of Industry CA 91716-0102
8471305*    +HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
8471306*    +HSBC BANK NEVADA,   PO BOX 98735,   LAS VEGAS NV 89193-8735
8471307*     HSBC MORTGAGE SERVICES,   P.O. BOX 60113,   CITY OF INDUSTRY CA 91716-0113
8471308*    +IC Systems,   444 Highway 96 East,   Saint Paul MN 55127-2557
8471309*    +JC PENNEY,   4580 PARADISE BLVD NW,   Albuquerque NM 87114-4122
8471310*    +JP MORGAN CHASE BANK, NA,   c/o FOLKS & O'CONNOR, PLLC,   1850 North Central Avenue, #1140,
             Phoenix AZ 85004-4586
8471311*    +LAW OFFICE OF CURTIS O BARNES PC,   PO BOX 1390,   Anaheim CA 92815-1390
8471312*    +LAW OFFICE OF MITCHELL N. KAY, PC,   PO BOX 9006,   Smithtown NY 11787-9006
8471313*     LOWE'S,   P. O. Box 530914,   Atlanta GA 30353-0914
8471314*    +MARK A. KIRKORSKY, P.C.,   4025 South McClintock Drive,   Suite 208,   Tempe AZ 85282-5878
8471315*     MAYTAG,   1000 MACARTHUR BLVD,   Mahwah NJ 07430-2035
8471316*    +MOXIE PEST CONTROL,   PO BOX 2131,   Sun City AZ 85372-2131
8471317*     NATIONAL ENTERPRISE SYSTEMS,   29125 SOLON ROAD,   SOLON OH 44139-3442
8471318*     NATIONWIDE CREDIT, INC.,   P. O. Box 740640,   Atlanta GA 30374-0640
8471319*    +NCO  FINANCIAL  SYSTEMS,   507 PRUDENTIAL ROAD,   Horsham PA 19044-2368
8471320*     NCO FIN 99,   PO BOX 41466,   PHILDELPHIA PA 19101-1466
8471321*     NCO FINANCIAL,   PO BOX 61247,   VIRGINIA BEACH VA 23466
8471322*     PENTECH FUNDING, LLC,   P. O. Box 790247,   Saint Louis MO 63179-0247
8471323*    +Phillips & Cohen Associates, LTD,   PO BOX 48458,   Oak Park MI 48237-6058
8471324*    +REGENCY CREDIT LLC,   1403 W. 10TH PLACE #B-110,   Tempe AZ 85281-5257
8471325*    +RESURGENT CAPITAL SERVICES,   PO BOX 5025,   Sioux Falls SD 57117-5025
8471326*    +RESURGENT CAPITAL SVCS,   P O BOX 10525,   GREENVILLE SC 29603-0525
8471327*    +RETAIL SERVICES,   PO BOX 60107,   CITY OF INDUSTRY CA 91716-0107
8471328*    +REWARD ZONE MASTERCARD,   PO BOX 60102,   City Of Industry CA 91716-0102
8471329*    +RMS,   P.O. BOX 20410,   Lehigh Valley PA 18002-0410
8471330*    +SENTRY CREDIT INC,   PO BOX 12070,   Everett WA 98206-2070
8471331*     SHOPPERS CHARGE ACCOUNT,   C/O CREDITORS BK SERVICE,   P O BOX 740933,   DALLAS TX 75374-0933
8471332*     SONORA QUEST LABORATORIES,   P. O. Box 78162,   Phoenix AZ 85062-8162
8471333*     TATE & KIRLIN ASSOCIATES,   2810 Southampton Road,   Philadelphia PA 19154-1207
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
8471334*    +Thomas Walker D.D.S.,   10720 W Indian School Rd,   Suite 55,   Phoenix AZ 85037-5724
8471335*    +UNITED RECOVERY SYSTEMS,   5800 NORTH COURSE DRIVE,   Houston TX 77072-1613
8471337*     US BANK - MANIFEST FUNDING SERVICES,   P. O. Box 790448,   Saint Louis MO 63179-0448
8471336*     Unitel Global LLC,   237 Tramway Drive Ste D,   Stateline NV 89449
8471338*     WELLS FARGO,   P. O. Box 94498,   Las Vegas NV 89193-4498
8471339*    +WELLS FARGO FINANCIAL,   PO BOX 7510,   Urbandale IA 50323-7510
8471340*    +ZWICKER & ASSOCIATES, P.C.,   800 FEDERAL STREET,   ANDOVER MA 01810-1067
                                                                              TOTALS: 0, * 63
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                        **Signature:**     *Joseph Speetjens*