| | |
|---|---|
| 1 | DAVID E. McALLISTER (AZ BN 021551)<br>JOSEPHINE E. PIRANIO (AZ BN 020630) |
| 2 | BRIAN A. PAINO (AZ BN 027091)<br>PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385<br>jsalmon@piteduncan.com |
| 6 | |
| 7 | Attorneys for AURORA LOAN SERVICES, LLC |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>BRUNO DAVANZO AND CHRISTINA DAVANZO,<br><br>Debtor(s). | Case No. 2:09-bk-22473-CGC<br><br>Chapter 7 |
| AURORA LOAN SERVICES, LLC,<br><br>Movant,<br><br>vs.<br><br>BRUNO DAVANZO AND CHRISTINA DAVANZO, Debtor(s); and DAVID M. REAVES, Chapter 7 Trustee,<br><br>Respondents. | CERTIFICATION OF COMPLIANCE WITH LOCAL BANKRUPTCY RULE 4001-1(b) |

STATE OF CALIFORNIA )
                     ) ss.
County of San Diego  )

I, Josephine E. Piranio, being first duly sworn upon oath, depose and say:

I am an associate attorney employed at the law firm of Pite Duncan, LLP, counsel for Movant, Aurora Loan Services, LLC, in the above-captioned proceeding. I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the matters stated herein. I make this certification to satisfy the requirements of Local Rule 4001-1(b).

| | |
|---|---|
| 1 | I certify that a Meet and Confer letter in compliance with Local Bankruptcy Rule 4001-1(b) |
| 2 | was sent to the Debtors' attorney of record, Joseph W. Charles, via facsimile on January 4, 2010. As |
| 3 | of the date of this Certification, Movant has been unable to resolve this matter with the Debtors. A |
| 4 | true and correct copy of the Meet and Confer letter and the facsimile transmission sheet is attached |
| 5 | hereto collectively as exhibit A and incorporated herein by reference. |

Dated: January 29, 2010    PITE DUNCAN, LLP

JES 020630
JOSEPHINE E. PIRANIO
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385



# PITE DUNCAN LLP

**San Diego**

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/TX/WA*
Peter J. Salmon
*CA/ID/UT/WA*
David E. McAllister
*AZ/CA/HI/OR/UT/WA*

Rochelle L. Stanford
*AZ/CA/OR/WA*
Josephine E. Salmon
*AK/AZ/CA/NY*
Laurel I. Handley
*AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Cuong M. Nguyen *CA/NV*
Casper J. Rankin *CA/OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA/WA*
Brian A. Paino *AZ/CA/TX/VA*
Christopher M. McDermott
*CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Fink *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA/MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA/NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*
Heather Hudson *CA/NV*
Joseph C. Delmotte *CA*
Gabriel Ozel *CA/NY/TX*
Balpreet K. Thiara *CA*
Stefanie A. Schiff *CA*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph.: (858) 750-7600
Fax: (619) 590-1385

**Orange County**

Elana J. Moeder *CA*
Bryan T. Brown *CO/TX*
Michael J. Fox *CA*
Adam S. Hamburg *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-2633
Fax: (714) 285-2668

**Arizona Office**

Christina M. Harper
Charles L. Firestein
Phoenix, AZ

**Hawaii Office**

David B. Rosen
Honolulu, HI

**Nevada Office**

Phillip A. Silvestri
Neal D. Gidvani
Las Vegas, NV

**Texas Office**

Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**Washington Office**

Jesse Baker
Seattle, WA

---

January 4, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Re: In re Davanzo, Bruno and Christina
Bankruptcy Case No.: 2:09-bk-22473-CGC
Notice of Default/Intent to File Motion for Relief From Automatic Stay
Loan No.: 0046684007
Property Address: 12631 West Segovia Drive, Litchfield Park, Arizona 85340
Our Client: Aurora Loan Services LLC
Our File No.: 000004-053682-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is contractually due for August 1st, 2009, and the loan is in default in the amount of $12,302.99.

Please contact our office to arrange payment of the above arrears, an Adequate Protection Order, or other resolution of the default. Please note that absent a written resolution of the matter within five (5) business days of the date of this letter, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

> Monica Mora
> Pite Duncan, LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

If you have any questions in regard to this matter, please contact our office at (858) 750-7600.

Very truly yours,

*/s/ Carlos R. Guzman*

Carlos R. Guzman

CRG



EXHIBIT A

*Attorneys licensed to practice in Alaska, Arizona, California, Hawaii, Idaho, Minnesota, Nevada, New York, Oregon, Texas, Utah, Virginia and Washington*
*See above or visit www.piteduncan.com re individual attorney admissions.*

```
***********************************************************************************
*                         TRANSACTION REPORT                              P.01     *
*                         _____                                      *
*                                                        JAN-04-2010 MON 12:41 PM  *
*     FOR: PITE DUNCAN LLP        6195901385                                       *
*_____*
*   DATE  START       RECEIVER        TX TIME   PAGES TYPE      NOTE        M#  DP *
*_____*
*   JAN-04 12:40 PM  616239396718      19"       1    SEND       OK         914    *
*_____*
*                                           TOTAL :   19S   PAGES:   1             *
***********************************************************************************
```



## PITE DUNCAN LLP

**San Diego**

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon CA/ID/UT/WA
David E. McAllister AZ/CA/HI/OR/UT/WA

Rochelle L. Stanford AZ/CA/OR/WA
Josephine E. Salmon AK/AZ/CA/NY
Laurel I. Handley AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Eddie R. Jimenez CA/NY/TX
Susan L. Petit AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/NV
Casper J. Rankin CA/OR
Charles A. Correia CA
Melodie A. Whitson CA/WA
Brian A. Paino AZ/CA/TX/VA
Christopher M. McDermott CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Fink TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Caroline M. Robert CA
Genail M. Anderson CA
Ellen Cha CA/MN
Erin L. Laney CA
Angela M. Fontanini CA
Jacque A. Gruber CA/NV
John B. Acierno CA
William L. Partridge CA
Christopher L. Peterson CA
Katie L. Johnson CA
Jason W. Short CA
Jaxon L. Eliaser CA
Heather Hudson CA/NV
Joseph C. Delmotte CA
Gabriel Ozel CA/NY/TX
Balpreet K. Thiara CA
Stefanie A. Schiff CA

January 4, 2010

**VIA FACSIMILE (623) 939-6718**
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Re: In re Davanzo, Bruno and Christina
Bankruptcy Case No.: 2:09-bk-22473-CGC
Notice of Default/Intent to File Motion for Relief From Automatic Stay
Loan No.: 0046684007
Property Address: 12631 West Segovia Drive, Litchfield Park, Arizona 85340
Our Client: Aurora Loan Services LLC
Our File No.: 000004-053682-M

Dear Mr. Charles:

This is an attempt to meet and confer regarding the above-referenced loan. Please be advised that our firm has been retained by Aurora Loan Services LLC the beneficiary and/or authorized loan servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001-1(b) to inform you that the above-referenced account is contractually due for August 1st, 2009, and the loan is in default in the amount of $12,302.99.